NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1562, -1575, 2010-1010

SRI INTERNATIONAL INC.,

Plaintiff-Cross Appellant,

v.

INTERNET SECURITY SYSTEMS, INC. (a Delaware Corporation)
and INTERNET SECURITY SYSTEMS, INC. (a Georgia Corporation),

Defendants-Appellants,

and

SYMANTEC CORPORATION,

Defendant-Appellant.

Appeals from the United States District Court for the District of Delaware
in case no. 04-CV-1199, Judge Sue L. Robinson.

ON MOTION

ORDER

Internet Security Systems, Inc. et al. and Symantec move for a 14-day extension

of time, until November 24, 2009.

On November 4, 2009, the court granted a motion to clarify the briefing schedule

and ordered that ISS and Symantec file their briefs no later than December 7, 2009.

Thus, the present extension motion is moot.

Accordingly,

IT IS ORDERED THAT:

The motion is moot.

**NOV 12 2009**
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Frank E. Scherkenbach, Esq.
Holmes J. Hawkins, III, Esq.
Robert M. Galvin, Esq.
s17

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

NOV 12 2009

JAN HORBALY
CLERK